IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  02-cv-00952-WDM-CBS

BENITO MEZA,

    Petitioner,

v.

MICHAEL COMFORT,

    Respondent.

## TRANSFER ORDER

On May 15, 2002, Petitioner Benito Meza filed a application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging a final administrative order of removal. This application was pending on May 11, 2005, the date of the enactment of the Real ID Act of 2005, which deprives this Court of jurisdiction over this case and requires that, with certain exceptions not applicable here, it be transferred "to the court of appeals for the circuit in which a petition for review could have been properly filed."  Pub. L. No. 109-13, § 106(c), 119 Stat. 231 (codified at 8 U.S.C. § 1252 n.).

Accordingly, it is ordered that this action be transferred to the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, on February 23, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge